**EXHIBIT E**

| | | | | |
|---|---|---|---|---|
| Angeion Group | | | Date | 4/30/2016 |
| 1801 Market Street | | | Number | NY000954 |
| Suite 660 | | | | |
| Philadelphia, PA 19103-1628 | | | | |
| Phone 215-563-4116 | | | | |
| Fax 215-563-8839 | | | | |
| chris@angeiongroup.com | | | | |



**Sold To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

**Ship To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

| | | | | |
|---|---|---|---|---|
| Customer ID | INSYS Securities Settlement | | Client No./PO No | INSYS Securities Settlement |
| Our Order No. | NY000954 | | P.O. Date | |
| Terms | Payment Due Upon Receipt of Invoice | | Ordered By | Mr. Lionel Glancy, Esq. |
| Invoice Date | 4/30/2016 | | | |

| | UOM | Units | Per Unit Cost | Price |
|---|---|---|---|---|
| **Website Requirements** | | | | |
| Monthly maintenance/monthly hosting | Monthly | 1 | $ 165.00 | $ 165.00 |
| | | | | |
| **Call Center** | | | | |
| Monthly Maintenance Fee is $125.00 if minimum usage time does not meet this threshold | Monthly | 1 | $ 125.00 | $ 125.00 |
| | | | | |
| **Reporting Requirements** | | | | |
| Angeion time spent interacting with broker dealers, transfer agents and third party filers | Per Hour | 5.7 | $ 90.00 | $ 513.00 |
| | | | | |
| **Claims** | | | | |
| Receipt of Hard Copy/ Electronic Claims | Per Claim | 1 | $ 7.95 | $ 7.95 |
| Mail Acknowledgement Postcard re: Receipt of Claim | Per Postcard | 10 | $ 0.75 | $ 7.50 |
| Postage for mailing Acknowledgment Postcards - domestic | Per Postcard | 9 | $ 0.34 | $ 3.06 |
| Postage for mailing Acknowledgment Postcards - foreign | Per Postcard | 1 | $ 1.15 | $ 1.15 |
| | | | | |
| **Other Relevant Costs** | | | | |
| Scanning of all documents | Per Image | 13 | $ 0.05 | $ 0.65 |
| Document Storage | Per Box | 3 | $ 1.25 | $ 3.75 |
| Image Storage | Per Image | 6740 | $ 0.00195 | $ 13.14 |

| | |
|---|---|
| Subtotal: | $ 840.20 |
| Sales Tax: | |
| Payments/Credit Applied: | $ - |
| **Total Due:** | **$ 840.20** |

| | | |
|---|---|---|
| Angeion Group<br>1801 Market Street<br>Suite 660<br>Philadelphia, PA 19103-1628<br>Phone 215-563-4116<br>Fax 215-563-8839<br>chris@angeiongroup.com |  | Date  5/31/2016<br>Number  NY001019 |

**Sold To:**

Glancy Prongay & Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067

**Ship To:**

Glancy Prongay & Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067

| | | | | |
|---|---|---|---|---|
| Customer ID | INSYS Securities Settlement | | Client No./PO No | INSYS Securities Settlement |
| Our Order No. | NY001019 | | P.O. Date | |
| Terms | Payment Due Upon Receipt of Invoice | | Ordered By | Mr. Lionel Glancy, Esq. |
| Invoice Date | 5/31/2016 | | | |

| | UOM | Units | Per Unit Cost | Price |
|---|---|---|---|---|
| **Website Requirements** | | | | |
| Monthly maintenance/monthly hosting | Monthly | 1 | $ 165.00 | $ 165.00 |
| **Call Center** | | | | |
| Monthly Maintenance Fee is $125.00 if minimum usage time does not meet this threshold | Monthly | 1 | $ 125.00 | $ 125.00 |
| **Processing Undeliverable Notices** | | | | |
| Process Notices returned as undeliverable | Per Undeliverable | 1 | $ 1.25 | $ 1.25 |
| **Reporting Requirements** | | | | |
| Angeion time spent interacting with broker dealers, transfer agents and third party filers | Per Hour | 3.8 | $ 90.00 | $ 342.00 |
| **Claims** | | | | |
| Receipt of Hard Copy/ Electronic Claims | Per Claim | 1 | $ 7.95 | $ 7.95 |
| Mail Acknowledgement Postcard re: Receipt of Claim | Per Postcard | 8 | $ 0.75 | $ 6.00 |
| Postage for mailing Acknowledgment Postcards - domestic | Per Postcard | 7 | $ 0.34 | $ 2.38 |
| Postage for mailing Acknowledgment Postcards - foreign | Per Postcard | 1 | $ 1.15 | $ 1.15 |
| **Other Relevant Costs** | | | | |
| Scanning of all documents | Per Image | 5 | $ 0.05 | $ 0.25 |
| Document Storage | Per Box | 3 | $ 1.25 | $ 3.75 |
| Image Storage | Per Image | 6745 | $ 0.00195 | $ 13.15 |

Subtotal: $ 667.88
Sales Tax:
Payments/Credit Applied: $ -
**Total Due:** **$ 667.88**

Angeion Group  
1801 Market Street  
Suite 660  
Philadelphia, PA 19103-1628  
Phone 215-563-4116  
Fax 215-563-8839  
chris@angeiongroup.com



Date 6/30/2016  
Number NY001061

**Sold To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

**Ship To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

| | | | | | |
|---|---|---|---|---|---|
| Customer ID | INSYS Securities Settlement | | Client No./PO No | | INSYS Securities Settlement |
| Our Order No. | NY001061 | | P.O. Date | | |
| Terms | Payment Due Upon Receipt of Invoice | | Ordered By | | Mr. Lionel Glancy, Esq. |
| Invoice Date | 6/30/2016 | | | | |

| | | UOM | Units | Per Unit Cost | Price |
|---|---|---|---|---|---|
| | **Website Requirements** | | | | |
| | Monthly maintenance/monthly hosting | Monthly | 1 | $ 165.00 | $ 165.00 |
| | **Call Center** | | | | |
| | Monthly Maintenance Fee is $125.00 if minimum usage time does not meet this threshold | Monthly | 1 | $ 125.00 | $ 125.00 |
| | **Processing Undeliverable Notices** | | | | |
| | Process Notices returned as undeliverable | Per Undeliverable | | $ 1.25 | $ - |
| | **Reporting Requirements** | | | | |
| | Angeion time spent interacting with broker dealers, transfer agents and third party filers | Per Hour | 5.3 | $ 90.00 | $ 477.00 |
| | **Claims** | | | | |
| | Receipt of Hard Copy/ Electronic Claims | Per Claim | 1 | $ 7.95 | $ 7.95 |
| | Mail Acknowledgement Postcard re: Receipt of Claim | Per Postcard | | $ 0.75 | $ - |
| | Postage for mailing Acknowledgment Postcards - domestic | Per Postcard | | $ 0.34 | $ - |
| | Postage for mailing Acknowledgment Postcards - foreign | Per Postcard | | $ 1.15 | $ - |
| | **Other Relevant Costs** | | | | |
| | Scanning of all documents | Per Image | 19 | $ 0.05 | $ 0.95 |
| | Document Storage | Per Box | 3 | $ 1.25 | $ 3.75 |
| | Image Storage | Per Image | 6764 | $ 0.00195 | $ 13.19 |

Subtotal: $ 792.84  
Sales Tax:  
Payments/Credit Applied: $ -  
**Total Due:** $ **792.84**

Angeion Group  
1801 Market Street  
Suite 660  
Philadelphia, PA 19103-1628  
Phone 215-563-4116  
Fax 215-563-8839  
chris@angeiongroup.com



Date 7/31/2016  
Number NY001162

**Sold To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

**Ship To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

| | | | | |
|---|---|---|---|---|
| Customer ID | INSYS Securities Settlement | Client No./PO No | | INSYS Securities Settlement |
| Our Order No. | NY001162 | P.O. Date | | |
| Terms | Payment Due Upon Receipt of Invoice | Ordered By | | Mr. Lionel Glancy, Esq. |
| Invoice Date | 7/31/2016 | | | |

| | UOM | Units | Per Unit Cost | Price |
|---|---|---|---|---|
| **Website Requirements** | | | | |
| Monthly maintenance/monthly hosting | Monthly | 1 | $ 165.00 | $ 165.00 |
| **Call Center** | | | | |
| Monthly Maintenance Fee is $125.00 if minimum usage time does not meet this threshold | Monthly | 1 | $ 125.00 | $ 125.00 |
| **Processing Undeliverable Notices** | | | | |
| Process Notices returned as undeliverable | Per Undeliverable | | $ 1.25 | $ - |
| **Reporting Requirements** | | | | |
| Angeion time spent interacting with broker dealers, transfer agents and third party filers | Per Hour | 7.4 | $ 90.00 | $ 666.00 |
| **Claims** | | | | |
| Receipt of Hard Copy/ Electronic Claims | Per Claim | | $ 7.95 | $ - |
| Mail Acknowledgement Postcard re: Receipt of Claim | Per Postcard | | $ 0.75 | $ - |
| Postage for mailing Acknowledgment Postcards - domestic | Per Postcard | | $ 0.34 | $ - |
| Postage for mailing Acknowledgment Postcards - foreign | Per Postcard | | $ 1.15 | $ - |
| **Other Relevant Costs** | | | | |
| Scanning of all documents | Per Image | | $ 0.05 | $ - |
| Document Storage | Per Box | 3 | $ 1.25 | $ 3.75 |
| Image Storage | Per Image | 6730 | $ 0.00195 | $ 13.12 |

Subtotal: $ 972.87  
Sales Tax:  
Payments/Credit Applied: $ -  
**Total Due:** **$ 972.87**

| | | Date | 8/31/2016 |
|---|---|---|---|
| Angeion Group | | | |
| 1801 Market Street | | Number | NY001173 |
| Suite 660 | | | |
| Philadelphia, PA 19103-1628 | | | |
| Phone 215-563-4116 | | | |
| Fax 215-563-8839 | | | |
| chris@angeiongroup.com | | | |



**Sold To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

**Ship To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

| Customer ID | INSYS Securities Settlement | Client No./PO No | INSYS Securities Settlement |
|---|---|---|---|
| Our Order No. | NY001173 | P.O. Date | |
| Terms | Payment Due Upon Receipt of Invoice | Ordered By | Mr. Lionel Glancy, Esq. |
| Invoice Date | 8/31/2016 | | |

| | | UOM | Units | Per Unit Cost | Price |
|---|---|---|---|---|---|
| | **Website Requirements** | | | | |
| | Monthly maintenance/monthly hosting | Monthly | 1 | $ 165.00 | $ 165.00 |
| | **Call Center** | | | | |
| | Monthly Maintenance Fee is $125.00 if minimum usage time does not meet this threshold | Monthly | 1 | $ 125.00 | $ 125.00 |
| | **Processing Undeliverable Notices** | | | | |
| | Process Notices returned as undeliverable | Per Undeliverable | | $ 1.25 | $ - |
| | **Reporting Requirements** | | | | |
| | Angeion time spent interacting with broker dealers, transfer agents and third party filers | Per Hour | 122 | $ 90.00 | $ 10,980.00 |
| | **Claims** | | | | |
| | Receipt of Hard Copy/ Electronic Claims | Per Claim | | $ 7.95 | $ - |
| | Mail Acknowledgement Postcard re: Receipt of Claim | Per Postcard | | $ 0.75 | $ - |
| | Postage for mailing Acknowledgment Postcards - domestic | Per Postcard | | $ 0.34 | $ - |
| | Postage for mailing Acknowledgment Postcards - foreign | Per Postcard | | $ 1.15 | $ - |
| | **Other Relevant Costs** | | | | |
| | Scanning of all documents | Per Image | | $ 0.05 | $ - |
| | Document Storage | Per Box | 3 | $ 1.25 | $ 3.75 |
| | Image Storage | Per Image | 6764 | $ 0.00195 | $ 13.19 |

Subtotal: $ 11,286.94  
Sales Tax:  
Payments/Credit Applied: $ -  
**Total Due:** **$ 11,286.94**

| | | | | |
|---|---|---|---|---|
| Angeion Group | | | Date | 9/30/2016 |
| 1801 Market Street | | | Number | NY001185 |
| Suite 660 | | | | |
| Philadelphia, PA 19103-1628 | | | | |
| Phone 215-563-4116 | | | | |
| Fax 215-563-8839 | | | | |
| chris@angeiongroup.com | | | | |



**Sold To:**

Glancy Prongay & Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067

**Ship To:**

Glancy Prongay & Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067

| | | | | |
|---|---|---|---|---|
| Customer ID | INSYS Securities Settlement | Client No./PO No | | INSYS Securities Settlement |
| Our Order No. | NY001185 | P.O. Date | | |
| Terms | Payment Due Upon Receipt of Invoice | Ordered By | | Mr. Lionel Glancy, Esq. |
| Invoice Date | 9/30/2016 | | | |

| | UOM | Units | Per Unit Cost | Price |
|---|---|---|---|---|
| **Website Requirements** | | | | |
| Monthly maintenance/monthly hosting | Monthly | 1 | $ 165.00 | $ 165.00 |
| **Call Center** | | | | |
| Monthly Maintenance Fee is $125.00 if minimum usage time does not meet this threshold | Monthly | 1 | $ 125.00 | $ 125.00 |
| **Processing Undeliverable Notices** | | | | |
| Process Notices returned as undeliverable | Per Undeliverable | | $ 1.25 | $ - |
| **Reporting Requirements** | | | | |
| Angeion time spent interacting with broker dealers, transfer agents and third party filers | Per Hour | 5 | $ 90.00 | $ 450.00 |
| **Claims** | | | | |
| Receipt of Hard Copy/ Electronic Claims | Per Claim | | $ 7.95 | $ - |
| Mail Acknowledgement Postcard re: Receipt of Claim | Per Postcard | | $ 0.75 | $ - |
| Postage for mailing Acknowledgment Postcards - domestic | Per Postcard | | $ 0.34 | $ - |
| Postage for mailing Acknowledgment Postcards - foreign | Per Postcard | | $ 1.15 | $ - |
| **Other Relevant Costs** | | | | |
| Scanning of all documents | Per Image | | $ 0.05 | $ - |
| Document Storage | Per Box | 3 | $ 1.25 | $ 3.75 |
| Image Storage | Per Image | 6764 | $ 0.00195 | $ 13.19 |

| | |
|---|---|
| Subtotal: | $ 756.94 |
| Sales Tax: | |
| Payments/Credit Applied: | $ - |
| **Total Due:** | **$ 756.94** |

Angeion Group  
1801 Market Street  
Suite 660  
Philadelphia, PA 19103-1628  
Phone 215-563-4116  
Fax 215-563-8839  
chris@angeiongroup.com



Date 10/31/2016  
Number NY001303

**Sold To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

**Ship To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

| | | |
|---|---|---|
| Customer ID | INSYS Securities Settlement | |
| Our Order No. | NY001303 | |
| Terms | Payment Due Upon Receipt of Invoice | |
| Invoice Date | 10/31/2016 | |

| | | |
|---|---|---|
| Client No./PO No | INSYS Securities Settlement | |
| P.O. Date | | |
| Ordered By | Mr. Lionel Glancy, Esq. | |

| | UOM | Units | Per Unit Cost | Price |
|---|---|---|---|---|
| **Website Requirements** | | | | |
| Monthly maintenance/monthly hosting | Monthly | 1 | $ 165.00 | $ 165.00 |
| **Call Center** | | | | |
| Monthly Maintenance Fee is $125.00 if minimum usage time does not meet this threshold | Monthly | 1 | $ 125.00 | $ 125.00 |
| **Processing Undeliverable Notices** | | | | |
| Process Notices returned as undeliverable | Per Undeliverable | | $ 1.25 | $ - |
| **Reporting Requirements** | | | | |
| Angeion time spent interacting with broker dealers, transfer agents and third party filers | Per Hour | 6.2 | $ 90.00 | $ 558.00 |
| **Claims** | | | | |
| Receipt of Hard Copy/ Electronic Claims | Per Claim | | $ 7.95 | $ - |
| Mail Acknowledgement Postcard re: Receipt of Claim | Per Postcard | | $ 0.75 | $ - |
| Postage for mailing Acknowledgment Postcards - domestic | Per Postcard | | $ 0.34 | $ - |
| Postage for mailing Acknowledgment Postcards - foreign | Per Postcard | | $ 1.15 | $ - |
| **Other Relevant Costs** | | | | |
| Scanning of all documents | Per Image | | $ 0.05 | $ - |
| Document Storage | Per Box | 3 | $ 1.25 | $ 3.75 |
| Image Storage | Per Image | 6764 | $ 0.00195 | $ 13.19 |

Subtotal: $ 864.94  
Sales Tax:  
Payments/Credit Applied: $ -  
**Total Due:** **$ 864.94**

Angeion Group  
1801 Market Street  
Suite 660  
Philadelphia, PA 19103-1628  
Phone 215-563-4116  
Fax 215-563-8839  
chris@angeiongroup.com



Date 11/30/2016  
Number NY001314

**Sold To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

**Ship To:**  
Glancy Prongay & Murray LLP  
1925 Century Park East Suite 2100  
Los Angeles, CA 90067

| | | | | |
|---|---|---|---|---|
| Customer ID | INSYS Securities Settlement | Client No./PO No | | INSYS Securities Settlement |
| Our Order No. | NY001314 | P.O. Date | | |
| Terms | Payment Due Upon Receipt of Invoice | Ordered By | | Mr. Lionel Glancy, Esq. |
| Invoice Date | 11/30/2016 | | | |

| | | UOM | Units | Per Unit Cost | Price |
|---|---|---|---|---|---|
| | **Website Requirements** | | | | |
| | Monthly maintenance/monthly hosting | Monthly | 1 | $ 165.00 | $ 165.00 |
| | **Call Center** | | | | |
| | Monthly Maintenance Fee is $125.00 if minimum usage time does not meet this threshold | Monthly | 1 | $ 125.00 | $ 125.00 |
| | **Processing Undeliverable Notices** | | | | |
| | Process Notices returned as undeliverable | Per Undeliverable | | $ 1.25 | $ - |
| | **Reporting Requirements** | | | | |
| | Angeion time spent interacting with broker dealers, transfer agents and third party filers | Per Hour | 20 | $ 90.00 | $ 1,800.00 |
| | Administrative services for drafting court documents, affidavits and status reports to counsel | Per Hour | 2.3 | $ 150.00 | $ 345.00 |
| | **Claims** | | | | |
| | Receipt of Hard Copy/ Electronic Claims | Per Claim | | $ 7.95 | $ - |
| | Mail Deficiency/Denial Letters | Per Letter | 292 | $ 5.00 | $ 1,460.00 |
| | Postage for mailing Deficiency/Denial Letters - domestic | Per Letter | 271 | $ 0.47 | $ 127.37 |
| | Postage for mailing Deficiency/Denial Letters - foreign | Per Letter | 18 | $ 1.27 | $ 22.83 |
| | Postage for mailing Deficiency/Denial Letters - BULK Large Envelopes | Per Letter | 3 | $ 3.13 | $ 9.39 |
| | Process Letters returned as undeliverable | Per Undeliverable | 2 | $ 1.25 | $ 2.50 |
| | Re-mail Letters returned as undeliverable | Per Letter | 1 | $ 5.00 | $ 5.00 |
| | Postage for mailing Deficiency/Denial Letters - domestic | Per Letter | 1 | $ 0.47 | $ 0.47 |
| | Process/Receipt of Deficiency Letter Response | Per Response | 60 | $ 5.00 | $ 300.00 |
| | **Other Relevant Costs** | | | | |
| | Scanning of all documents | Per Image | 542 | $ 0.05 | $ 27.10 |
| | Document Storage | Per Box | 3 | $ 1.25 | $ 3.75 |
| | Image Storage | Per Image | 7406 | $ 0.00195 | $ 14.44 |

Subtotal: $ 4,407.85  
Sales Tax:  
Payments/Credit Applied: $ -  
**Total Due: $ 4,407.85**